**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

| Judgment on rehearing rendered and mailed to all parties or counsel of record on March 16, 2022 |
| --- |

**REHEARING ACTION: March 16, 2022**

**Docket Number: CA20-206 consolidated with CA20-207 & CA20-208**

**ANTHONY JAMES LANDRY, ET AL.
VERSUS
GUZZINO COMMERCIAL, LLC., ET AL.**

**Appealed from Calcasieu Parish Case No. 2013-2895 c/w, 2013-3206 c/w, 2013-3564**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Shannon J. Gremillion
> Hon. Van H. Kyzar
> Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the applications

for rehearing filed by:

1. **Guzzino Commercial, LLC., Industrial Carbon Services, Inc., and Utility Truck and Equipment Company;**

   **AND**

2. **Anthony James Landry, et al**

have this day been **DENIED.**

cc: Christopher E. John, Counsel for the Appellee
David Laine Morgan, Counsel for the Appellee
Ralph Edward Kraft, Counsel for the Appellant
Thomas John Gayle, Counsel for the Appellant
Claude P. Devall, Counsel for the Appellee
J. Lee Hoffoss, Jr., Counsel for the Appellee
Donald Wayne McKnight, Counsel for the Appellee
Charles B. Cappel, Counsel for the Appellee